Attorney Bradley W. Matthiesen
Matthiesen, Wickert & Lehrer, S.C.
1111 E. Sumner Street
PO Box 270670
Hartford, WI 53027
State Bar No. 031553
Facsimile: (262) 673-3766
Email: bmatthiesen@mwl-law.com
Telephone: (262) 673-7850

*Attorney for Plaintiff,*
*American Zurich Insurance Company,*
*as subrogee of Eleasib Lara Esteban*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Zurich Insurance Company, as subrogee of Eleasib Lara Esteban,<br><br>    Plaintiff,<br><br>v.<br><br>Swissport USA Inc.,<br><br>    Defendant. | Case No. _____<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

For its Complaint against Defendant Swissport USA Inc. ("Swissport"), the Plaintiff, American Zurich Insurance Company, as subrogee of Eleasib Lara Esteban ("Zurich"), avers and states as follows:

## BACKROUND

1.  This is a negligence action related to a personal injury suffered by Eleasib Lara Esteban that occurred at the Sky Harbor Airport in Phoenix, Arizona, on March 24, 2018.

**JURISDICTION AND VENUE**

2. Subject matter jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332 as the parties are completely diverse of citizenship, and the amount in controversy exceeds $75,000. The parties to this case, as referenced below, are citizens of Illinois, Delaware, and Virginia. Complete diversity exists under 28 U.S.C. § 1332(a)(1) as the parties are not citizens of the same state.

3. Once diversity of citizenship is established, the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). "In measuring the amount in controversy, a court must assume the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint." *Forever Living Prods. U.S. Inc. v. Geyman*, 471 F. Supp. 2d 980, 986 (D. Ariz. 2006). The amount in controversy, equal to the benefits paid by Plaintiff Zurich, currently stands at $104,156.15.

4. Venue in this Court is proper, pursuant to 28 U.S.C. § 1391(b)(2), as all events giving rise to Plaintiff's claims occurred in the State of Arizona.

**THE PARTIES**

5. Plaintiff, American Zurich Insurance Company, as subrogee of Eleasib Lara Esteban, is an Illinois P&C domestic stock company with its principal place of business located at 1299 Zurich Way, Schaumburg, IL 60196.

6. Zurich provided a policy of worker's compensation insurance, policy no. 0170500WC 03, to their insured, Flying Food Group Inc., which was in full force and effect at the time of the incident giving rise to this claim.

7. Eleasib Lara Esteban was at all times relevant, including on March 24, 2018, an employee of Flying Food Group Inc. and eligible to receive benefits under the policy issued by Zurich.

8. Defendant Swissport is a foreign corporation organized and existing under the laws of the State of Delaware and with its principal place of business located at 45025 Aviation Drive, Suite 350, Dulles, VA 20166. Swissport is authorized to conduct business in the state of Arizona and does so within the jurisdiction of this Court.

## GENERAL ALLEGATIONS

9. On March 24, 2018, Eleasib Lara Esteban was an employee of Flying Food Group Inc. and performing duties in the normal course and scope of his employment at Sky Harbor Airport, 3400 E Sky Harbor Blvd, Phoenix, Arizona 85034.

10. These duties included stocking food on a parked plane at the airport prior to the plane's departure.

11. While performing these duties, Mr. Esteban slipped and fell on a freshly mopped aisle of the plane, suffering severe injuries and missing time from work.

12. As a result of the negligence of Swissport, through its agents, servants, and/or employees as hereinafter alleged, Mr. Esteban suffered significant personal injuries that have required medical care, treatment, and attention, past and future pain, suffering, disability, and other compensable injuries and damages in an amount to be determined by a jury in this matter.

13. Pursuant to the policy of insurance issued by Zurich and covering Mr. Esteban, Zurich has issued payments to and/or on behalf of Mr. Esteban in the amount of $104,156.15 and is subrogated to the interest of Mr. Esteban in those payments and is further entitled to

3

recovery of any future payments.

## NEGLIGENCE

14. Reallege and incorporate herein by reference paragraphs 1–13.

15. The Defendant, Swissport, through its agents, servants, and/or employees was negligent in, among other things, failing to take reasonable steps necessary to protect persons within the premises of the airplane from risks of injury from slipping and falling on slippery services while cleaning on said premises, failing to provide warnings of slip hazards to persons within that premises, and was otherwise negligent.

16. Prior to the described incident, the Defendant Swissport, through its agents, servants and/or employees knew or should have known of, and had an opportunity to remedy, the dangerous condition caused by the mopping and otherwise cleaning of the airplane and to inspect/monitor the premises for slipping hazards such as those they caused. Defendant Swissport failed to remove or remedy said slip hazards.

17. The negligence of the Defendant, Swissport, though its agents, servants, and/or employees, was a cause of injuries and damages sustained by Eleasib Lara Esteban.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff demands the following:

A. Compensatory damages in an amount to be determined by a jury;

B. For all taxable costs, disbursements, and statutory interests; and

C. Such other and further relief that this Court deems just and equitable.

## JURY DEMAND

4

Plaintiff hereby demands a trial by jury, pursuant to Federal Rule of Civil Procedure 38(b), on all issues so triable.

DATED this 23rd day of March, 2020.

MATTHIESEN, WICKERT & LEHRER, S.C.

By: */s/ Bradley W. Matthiesen*
  Bradley W. Matthiesen

  *Attorney for Plaintiff American Zurich Insurance Company, as subrogee of Eleasib Lara Esteban.*

5